■ ANGEL FERNANDEZ, Respondent, v HIGDON ELEVATOR COMPANY, Appellant. [632 NYS2d 546] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered on or about December 9, 1994, which, *inter alia*, required defendant to produce records of post-accident repairs and inspections, unanimously reversed insofar as appealed from, on the law, without costs, and said direction vacated.

It is well settled that evidence concerning post-accident repairs is generally inadmissible absent certain exceptions and is never admissible as proof of admission of negligence (*Kaplan v Einy*, 209 AD2d 248, 252). The only exceptions to the general rule arise (1) when there is an issue of control or (2) when plaintiff has alleged a defect in manufacture (*Scudero v Campbell*, 288 NY 328). Neither exception is applicable here.

Accordingly, it was error to require defendant to produce the records in question. Concur—Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.